AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nora F. Lagrone O'Connor, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

Civil Action No.        6:14-cv-01052-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   August 31, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                   _____
                                        s/Ashley Buckingham, Deputy Clerk
                                   *Signature of Clerk or Deputy Clerk*