UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Nora F. Lagrone O'Connor, | ) | Civil Action No. 6:14-cv-1052-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Stipulation for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, it is hereby,

ORDERED that Plaintiff, Nora F. Lagrone O'Connor, is awarded attorney fees under the EAJA in the amount of Seven Thousand Two Hundred dollars and Zero cents ($7,200.00) and $400.00 in costs. These attorney fees will be paid directly to Plaintiff, Nora F. Lagrone O'Connor, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

s/Bruce Howe Henricks
BRUCE HOWE HENDRICKS
UNITED STATES MAGISTRATE JUDGE

October 30, 2015
Greenville, South Carolina